Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK MCGUIRE,<br><br>       Plaintiff,<br><br>v.<br><br>FRANK'S INTERNATIONAL N.V., MICHAEL C. KEARNEY, MICHAEL E. MCMAHON, ROBERT W. DRUMMOND, D. KEITH MOSING, KIRKLAND D. MOSING, MELANIE M. TRENT, ALEXANDER VRIESENDORP, ERICH L. MOSING, and L. DON MILLER,<br><br>       Defendants. | Case No: 1:21-cv-02948-MKB-MMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Frank McGuire hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: October 12, 2021                         Respectfully submitted,

                                                **HALPER SADEH LLP**

                                                By: /s/ Daniel Sadeh
                                                Daniel Sadeh, Esq.
                                                667 Madison Avenue, 5th Floor
                                                New York, NY 10065
                                                Telephone: (212) 763-0060
                                                Facsimile: (646) 776-2600

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on October 12, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 12, 2021                                                    /s/ Daniel Sadeh
                                                                                                 Daniel Sadeh